869 So.2d 840 (2004)
STATE ex rel. Bobby D. RODGERS
v.
STATE of Louisiana.
No. 2003-KH-0711.
Supreme Court of Louisiana.
March 19, 2004.
Denied. Untimely, repetitive and not cognizable on collateral review. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; La.C.Cr.P. art. 930.4(A); cf. La. C.Cr.P. art. 930.4(D).
KNOLL, J., recused.